# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | |
|---|---|
| In re:<br><br>PREMPRO PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 4:03CVV1507 WRW<br><br>Trish J. Brazil v. Barr Laboratories, Inc., et al,<br>4:10-cv-00398-WRW |

## STIPULATION FOR DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

Pursuant to Fed. R. Civ. P. 41(a)(1)(a)(ii), the above parties stipulate that defendants Oregon Health and Science University and Martha Goetch, M.D., are hereby dismissed with prejudice and without costs, on the grounds that plaintiff's claims are barred by the 180-day notice provision of the Oregon Tort Claims Act, ORS 30.260 *et seq.*

So Stipulated:

Williams Love O'Leary & Powers, P.C.

Dated: 05/21/10     By:  /s/ Michael L. Williams
                         Michael L. Williams
                         Of Attorney for Plaintiff

Lindsay Hart Neil & Weigler, LLP

Dated: 05/21/10     By: /s/ Nikola Jones
                        Nikola Jones
                        Of Attorney for Oregon Health &
                        Science University and Martha
                        Goetch, M.D.

Bullivant Houser Bailey, PC

Dated: 05/21/10     By: /s/ Richard Whittemore
                        Richard Whittemore
                        Of Attorneys for Novartis
                        Pharmaceuticals Corporation

                                        Kennedy Watts Arellano & Ricks LLP

Dated: 05/21/10

                                        By: /s/ Amy Hoven
                                             Amy Hoven
                                             Of Attorneys for the "Barr Defendants"

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served electronically via the Court's electronic filing system on the 21st day of May, 2010, according to this Court's provision for service on the following:

| | |
|---|---|
| Daniel L. Keppler, Esq. | Douglas G. Houser, Esq. |
| keppler@kwar.com | doug.houser@bullivant.com |
| Ann M. Hoven, Esq. | Richard J. Whittemore, Esq. |
| hoven@kwar.com | dick.whittemore@bullivant.com |
| Susan E. Watts, Esq. | Bullivant Houser Bailey, PC |
| watts@kwar.com | 888 SW Fifth Ave #300 |
| Kennedy Watts Arellano & Ricks, LLP | Portland, OR 97204 |
| 1211 SW Fifth Ave., #2850 | (503) 228-6351 |
| Portland, OR 97204 | |
| (503) 228-6191 | Of Attorneys for Novartis Pharmaceuticals Corporation |

Of Attorneys for the "Barr Defendants"

Nikola L. Jones, Esq.
njones@lindsayhart.com
Michael J. Estok, Esq.
mestok@lindsayharet.com
Lindsay Hart Neil & Wiegler, LLP
1300 SW 5th Ave., #3400
Portland, OR 97201
(503) 226-7677

Of Attorneys for Oregon Health & Science University and Martha Goetsch, MD

WILLIAMS LOVE O'LEARY & POWERS, P.C.

/s/  Michael L. Williams
Michael L. Williams, OSB No. 78426
mwilliams@wdolaw.com